## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | 04 AUG -6 PM 3: 43 | **WARRANT FOR ARREST** |
| | U.S. ... SERVICE | AGENT TO ARREST |
| vs | NORTHERN ... | |
| | | Case No.: 1:04-M-997 — 1 |

MATTHEW B. COX, a/k/a Michael S. Shanahan,
David R. Freeman, Maxwell Price and Gerald S. Cugno,
MATTHEW B. COX being the individual pictured in
the attached photographs

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest MATTHEW B. COX, a/k/a Michael S. Shanahan, David R. Freeman, Maxwell Price, and Gerald S. Cugno, MATTHEW B. COX being the individual pictured in the attached photogaphs

and bring him or her forthwith to the nearest magistrate to answer a **COMPLAINT** of this corresponding Case No. obtained in a John Doe identity with the above listed alias(es) and photograph(s)

charging him or her with (brief description of offense): a scheme to defraud banks and other lenders to obtain mortgage and vehicle loans, use of stolen identities and identification documents, interstate transportation of over $5,000 obtained by fraud, money laundering and conspiracy

in violation of Title 18, United States Code, Section(s) 371, 1028, 1341, 1343, 1344, 1956, 1957, 2314 and Title 42, United States Code, Section 408

Linda T. Walker
Name of Issuing Officer

/s/ Linda J. Walker
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

August 6, 2004       at Atlanta, GA
Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
OCT 03 2005
LUTHER ... THOMAS, Clerk
By: Deputy Clerk

Bail Fixed at $ No Bond         by _____
                                   Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the abovenamed defendant at:

9/30/05  Returned unexecuted for indictment Warrant.

Date Received: _____

_____
Name and Title of Arresting Officer

Date of Arrest: _____

_____
Signature of Arresting Officer